**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

DAVEY ROBINSON,                        :    No. 519 EAL 2016
                                       :
                    Petitioner         :
                                       :
                                       :    Petition for Allowance of Appeal from
                                       :    the Order of the Commonwealth Court
          v.                           :
                                       :
                                       :
                                       :
PENNSYLVANIA BOARD OF                  :
PROBATION AND PAROLE,                  :
                                       :
                    Respondent         :

## ORDER

**PER CURIAM**

     **AND NOW**, this 3rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.